IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALICIA INGRAM                                                                    PLAINTIFF

v.                                    Case No. 4:20-cv-04058

MVT SERVICES, LLC,
and OSORINO SALVADOR                                                            DEFENDANTS

## ORDER

    Before the Court is Plaintiff's Motion for Non-Suit of her action against Defendants. (ECF

No. 5).  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.

Plaintiff's Complaint against Defendants MVT Services LLC and Osorino Salvador is hereby

**DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 30th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge